

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2019

Nos. 04-18-00788-CR, 04-18-00789-CR, 04-18-00790-CR & 04-18-00791-CR

The **STATE** of Texas,
Appellant

v.

Winston Robert **MODISETTE**,
Appellee

From the County Court, Kinney County, Texas
Trial Court Nos. 10115CR, 10116CR, 10117CR & 10118CR
Honorable Spencer W. Brown, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, these appeals are DISMISSED FOR LACK OF JURISDICTION.  All pending motions in these appeals are DENIED AS MOOT.

It is so **ORDERED** on July 17, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 17th day of July, 2019.

_____
Keith E. Hottle, Clerk of Court